IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TIJUANA L. WARD, | : |
| Petitioner, | : |
| v. | :   CIVIL ACTION 09-0195-CG-M |
| CYNTHIA WHITE, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this habeas petition be **DENIED** and that this action be **DISMISSED**.

**DONE and ORDERED** this 19th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE