IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIJUANA L. WARD,** | : |
| Petitioner, | : |
| v. | :   **CIVIL ACTION 09-0195-CG-M** |
| **CYNTHIA WHITE,** | : |
| Respondent. | : |

### JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent Cynthia White and against Petitioner Tijuana L. Ward.

**DONE and ORDERED** this 19th day of October, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE